**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| TARONTE JACKSON,<br><br>           Plaintiff,<br><br>   v.<br><br>PERRY RUSSELL,<br><br>           Defendant. | Case No. 3:21-CV-0063-CLB<br><br>**ORDER OF DISMISSAL** |

This case involves a civil rights action filed by Plaintiff Taronte Jackson ("Jackson") against Defendant Perry Russell ("Russell"). On June 8, 2022, Russell filed a motion for summary judgment contending Jackson failed to exhaust his administrative remedies by completing the grievance process under the Prison Litigation Reform Act ("PLRA") before filing this action. (ECF No. 34.) In response, Jackson filed a notice of voluntary dismissal of this case. (ECF No. 36.) Therefore, the Court hereby **DISMISSES** this action without prejudice.

**IT IS SO ORDERED.**

**DATED**: June 14, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**